UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MARY MARCUM,

    Plaintiff,

    v.                                                                    ORDER

MICHAEL J. ASTRUE, Commissioner of                 Civil No. 06-1156-HA
Social Security,

    Defendant.

---

    Attorney fees in the amount of $7,341.25 are hereby awarded to plaintiff's attorney Tim D. Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The check shall be sent to Tim D. Wilborn at: 19093 S. Beavercreek Rd., PMB #314, Oregon City, OR 97045.

    DATED this ___ day of February, 2008.

                                                        Ancer L. Haggerty
                                                        United States District Judge

1 - ORDER